FREDERICK WAGNER, Appellant, *v.* JOHN H. PERRY, Respondent.

(Submitted October 16, 1888; decided October 26, 1888.)

MOTION to dismiss appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made at the February Term, 1888, which affirmed a judgment in favor of defendant, entered upon the report of a referee.

*James R. Marvin* for motion.

*Charles Miehling* opposed.

Agree to grant motion; no opinion.
All concur.
Appeal dismissed.

---

WILHELMINA FRIEDMAN, as Administratrix, etc., Appellant, *v.* THE DRY DOCK, EAST BROADWAY AND BATTERY RAILROAD COMPANY, Respondent.

(Argued October 9, 1888; decided October 26, 1888.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made December 6, 1886, which affirmed a judgment in favor of defendant, and entered upon an order nonsuiting the plaintiff on trial.

*Robert Sewell* for appellant.

*John M. Scribner* for respondent.

Agree to reverse judgment and for new trial on opinion of VAN HOESEN, J., in court below.
All concur, except EARL and GRAY, JJ., dissenting.
Judgment reversed.